665 A.2d 1038

Herman L. CURRY

v.

STATE of Maryland, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES.

STATE of Maryland, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES

v.

Paul O. FLAGG.

No. 27, Sept. Term, 1995.

Court of Appeals of Maryland.

Oct. 11, 1995.

Thomas P. Lydon (Law Offices of J. Edward Davis, on brief), of Towson, for petitioners.

Alan D. Eason, Assistant Attorney General, J. Joseph Curran Jr. (Susan L. Howe, Assistant Attorney General, on brief), Baltimore, MD, for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

PER CURIAM.

## ORDER

Prior report: 102 Md.App. 620, 615 A.2d 390.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 11th day of October, 1995

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted as it is of no prospective importance and thus not certworthy in light of 1995 Laws of Maryland, Chapter 625, effective October 1, 1995.